**EXHIBIT A**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 2 4 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ARETHA CROSSON, individually and as the representative of a class of similarly situated persons,

Plaintiff,

v.

KAYSER-ROTH CORPORATION d/b/a Hue.com

Defendant.

1:18-CV-04235 (CBA)(VMS)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Confidential Settlement Agreement executed between the parties. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Date: ~~Oct 23~~ ____, 2018

Dan Shaked, Esq.
Shaked Law Group, P.C.
44 Court St., Suite 1217
Brooklyn, NY 11201
Phone: (917) 373-9128
Email: shakedlawgroup@gmail.com

*Attorneys for Plaintiff*

Date: October 5, 2018

Traycee Ellen Klein, Esq.
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10177
Phone: (212) 351-4812
Email: tklein@ebglaw.com

*Attorneys for Defendant*

SO ORDERED:

s/Carol Bagley Amon
Hon. Carol Bagley Amon

Date: 10/23/18